UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STUDENT DOE #1 AND STUDENT DOE #2<br><br>PLAINTIFFS,<br><br>-against-<br><br><br><br>Kristi Noem in her official capacity as, Secretary,<br>&<br><br>TODD LYONS, in his official capacity as<br>Acting Director, Immigration & Customs Enforcement<br><br><br><br>DEFENDANTS. | Docket 6:25-cv-06210 |

STIPULATION IN SUPPORT OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that

1. Plaintiffs' Complaint and all claims therein are hereby dismissed pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, without costs or attorneys' fees to any party, subject to the provisions of paragraph 2 herein.

2. Plaintiffs agree to dismiss the complaint and all claims therein as they have been informed their SEVIS accounts have been reactivated. The government has also stated in the District Court for the District of Columbia that "ICE is developing a policy that will provide a framework for SEVIS record terminations. Until such a policy is issued, the SEVIS records

for plaintiff(s) in this case (and other similarly situated plaintiffs) will remain Active or shall be re-activated if not currently active and ICE will not modify the record solely based on the NCIC finding that resulted in the recent SEVIS record termination."

3. This dismissal is without prejudice to Plaintiffs' right to reinstate this action if ICE proceeds to terminate the Plaintiffs' SEVIS records again under similar grounds.

4. The Clerk of the Court shall enter a judgment in accordance with this Stipulation and Order of Dismissal.

Dated: New York, New York
April 25, 2025

JACOB ARONAUER, ESQ.
*Attorney for Plaintiffs*

By: *Jacob Aronauer*
JACOB ARONAUER, ESQ
(212) 323-6980
jaronauer@aronauerlaw.com

Dated: Rochester, NY
April 25, 2025

MICHAEL DIGIACOMO
United States Attorney
*Attorney for Defendants*
100 State Street Suite 500
Rochester, NY 14614

By: _____
Adam Khalil
Assistant U.S. Attorney
(631) 715-7900
Adam.khalil@usdoj.gov

SO ORDERED this

__28th__ day of __April__, 2025

_____
HONORABLE ELIZABETH A. WOLFORD
United States District Judge

2