Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STUDENT DOE #1 AND STUDENT DOE #2, | **JUDGMENT IN A CIVIL CASE** <br> CASE NUMBER: 25-CV-6210 |
| v.   Plaintiffs, | |
| KRISTI NOEM IN HER OFFICIAL CAPACITY AS, SECRETARY, AND TODD LYONS, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR, IMMIGRATION & CUSTOMS ENFORCEMENT | |
| Defendants. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered pursuant to the Stipulation and Order of Dismissal.

Date: April 28, 2025

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/Rosemarie M. Eby-Collom
    Deputy Clerk